JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ ORTIZ,<br><br>    Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY; and BANK OF AMERICA CORPORATION EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN,<br><br>    Defendants. | CASE NO. ED14-CV-00052 VAP (DTBx)<br>*Judge Virginia A. Phillips*<br><br>**ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the Joint Stipulation for Dismissal of Entire Action With Prejudice by and between Plaintiff Luz Ortiz and Defendant Aetna Life Insurance Company, the Court orders the entire action dismissed with prejudice, each party to bear their own costs and attorney's fees.

IT IS SO ORDERED:

Dated: January 2, 2015

*/s/ Virginia A. Phillips*
Hon. Virginia A. Phillips
UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1093605/21230413v.1